UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61570-CIV-DIMITROULEAS

KEVIN P. MCDONOUGH,

    Plaintiff,

v.

BRUCE KOPLOWITZ,
FLORIDA BEDSIDE IMAGING, LLC,
RAYMACK ENTERPRISES, INC.,
DENNIS FRANCIS ROSEBROUGH,
PORTABLE MEDICAL DIAGNOSTICS INC.,
ROBERT J. HYMAN, MD,
JANET BARNETT,

    Defendants.
_____/

## DEFAULT JUDGMENT AGAINST DEFENDANT BRUCE KOPLOWITZ

THIS CAUSE is before the Court upon Relator's Motion for Default Judgment Against Defendant Bruce Koplowitz [DE 104], filed on December 16, 2012. The Court granted the Motion in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Relator's Motion for Default Judgment Against Defendant Bruce Koplowitz [DE 104] is hereby **GRANTED**;

2. Default Judgement is hereby entered in favor of the United States and against Defendant Bruce Koplowitz for civil penalties of $330,000, plus damages of $15,750,000 (three times single damages of $5,250,000) for a total of sixteen

million eighty thousand dollars ($16,080,000), for which let execution issue;

3. In addition, Relator Kevin P. McDonough is awarded twenty seven and one-half percent (27.5%) of the proceeds awarded the United States in this action, plus his reasonable fees and costs;

3. The judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure;

4. This case shall remain open and pending as to the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of January, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Bruce Koplowitz
6191 Orange Drive, Suite 4466
Davie, FL 33314

Bruce Koplowitz
4880 SW 104 Avenue
Cooper City, FL 33328

Florida Bedside Imaging LLC
6191 Orange Drive, Suite 4466
Davie, FL 33314

Janet Barnett
7642 Trent Drive, Bldg E
Tamarac, FL 33321

Raymack Enterprises Inc.
PO Box 81-7858
Hollywood, FL 33081-7858

Raymack Enterprises Inc.,
6191 Orange Drive, Suite 4466
Davie, FL 33314