and not on anything said by the other Parties. This Agreement may be executed in one or more counterparts, each of which shall constitute an original, and all of which taken together shall constitute one and the same instrument. For purposes of construction, this Agreement shall be deemed to have been drafted by all Parties to this Agreement and shall not, therefore, be construed against any party for that reason in any subsequent dispute. This Agreement is binding on the respective Parties' successors, transferees, heirs, and assigns.

12.     All Parties consent to the disclosure of this Agreement, and of information about this Agreement, to the public.

13.     This Agreement is effective on the date of signature of the last signatory to the Agreement ("Effective Date" of this Agreement). Facsimiles or PDF copies of signatures shall constitute acceptable, binding signature for purposes of this Agreement.

DATE: _____ Kevin McDonough, Relator

witness:

DATE: Jan. 1, 2013 Dennis Francis Rosebrough,

*[signature: Dennis Francis Rosebrough]*

Andrew Rosebrough

AR

DATE: Jan. 1, 2013 Portable Medical Diagnostics Inc., by Dennis Francis Rosebrough, President.

*[signature: Dennis Francis Rosebrough]*

AR

DATE: _____ Robert J Hyman, MD